UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY BRITANY ARREDONDO,<br><br>Defendant. | No. CR-13-008-WFN-7<br><br>ORDER GRANTING MOTION TO MODIFY |

At the hearing on Defendant's Motion to Modify Conditions of Pretrial Release, attorney Phil Nino appeared with Defendant; Assistant U.S. Attorney Russell Smoot represented the United States. Defendant's treatment provider and Pretrial Services did not oppose Defendant's request. The Motion, **ECF No. 1059**, is **GRANTED** as follows:

Pretrial Services shall decide on limited blocks of time when Defendant may engage in lawful search for employment. Once lawful employment is secured, Pretrial Services shall confirm the offer of employment and may deny permission for such employment if it interferes with treatment or is otherwise deemed inappropriate by the Pretrial Services Officer in consultation with the treatment provided. At that time, Pretrial Services may set a curfew sufficient to permit Defendant to be employed and to include travel to and from her place of employment. At all times, Defendant shall remain under location monitoring. All other conditions of release remain.

**IT IS SO ORDERED.**

DATED June 13, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1