UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY BRITANY ARREDONDO,<br><br>Defendant. | No. CR-13-008-WFN-7<br><br>ORDER GRANTING MOTION TO MODIFY<br><br>☒  Motion Granted<br>**(ECF No. 1378)** |

At the September 24, 2015, hearing on Defendant's Motion to Modify conditions of release, Assistant U.S. Attorney George C. Jacobs represented the United States. Defendant was present with counsel Philip E. Nino.

The United States did not object to Defendant's Motion and deferred to the recommendation of the United States Probation Office.

**IT IS ORDERED:**

1. The Defendant's Motion, **ECF No. 1378,** is **GRANTED.**

2. Defendant shall no longer be subject to electronic monitoring; however her curfew remains in place. The United States Probation Office may change her curfew, at their discretion, based on her work schedule.

DATED September 25, 2013.

S/ JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY - 1