PROB 12C
(6/16)

Report Date: February 22, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ashley Britany Arredondo        Case Number: 0980 2:13CR00008-WFN-7

Address of Offender:                    Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 24, 2014

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846, 841(a)(1) | |
| Original Sentence: | Prison 44 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: March 11, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 10, 2019 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Ashley Arredondo violated the terms of her supervised release by driving without a valid driver's license on or about October 22, November 9, and December 17, 2016, and January 13, 2017. |
| 2 | **Standard Condition #2:** The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence:** Ashley Arredondo violated the terms of her supervised release by failing to report to the United Stated Probation Office as directed on or about January 6, and 26, 2017. |
| 3 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence:**  Ashley Arredondo violated the terms of her supervised release, on or about February 16, 2017, by failing to be home for a scheduled home visit as directed. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 22, 2017

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/23/17
Date