PROB 12C
(6/16)

Report Date: May 22, 2017

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 23 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ashley Britany Arredondo         Case Number: 0980 2:13CR00008-WFN-7

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 24, 2014

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846, 841(a)(1) | |
| Original Sentence: | Prison - 44 months<br>TSR - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: March 11, 2016 |
| Defense Attorney: | Benjamin M. Flick | Date Supervision Expires: March 10, 2019 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/22/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On March 11, 2016, supervision commenced in this matter. On March 15, 2016, a supervision intake was completed. Ms. Arredondo signed the conditions of probation and supervised released acknowledging an understanding of the conditions which includes mandatory condition number 2, noted above.<br><br>Ms. Arredondo violated the terms of her supervised release in Spokane, Washington, on or about May 17, 2017, for being arrested for 1st degree kidnaping (to inflict injury), in violation of RCW 9A.40.020(1)(c) and 2nd degree assault (deadly weapon) in violation of RCW 9A.36.021(1)(c), Spokane Superior Court case number 17-1-01948-9.<br><br>On May 18, 2017, at approximately 12:05 a.m., law enforcement responded to a reported abduction. According to available police reports, the alleged victim was accused of stealing $50,000 from the apartment Ms. Arredondo shared with her boyfriend, Jamar Dickerson. It is alleged that Ms. Arredondo, Jamar Dickerson, and Sherard Henderson kidnaped the victim in an effort to locate the stolen money. The victim was dragged by her hair from a residence, repeatedly assaulted by Mr. Henderson, placed into a vehicle, and taken to another |

Prob12C
Re: Arredondo, Ashley Britany
May 22, 2017
Page 2

location. In the process of the kidnaping, the victim was beaten and assaulted, to include being stabbed by Ms. Arredondo.

Later that evening, Ms. Arredondo drove to her reported residence, which is the home of her parents, her father being a Spokane Police officer. Ms. Arredondo's father arrived to find Ms. Arredondo and Jamar Dickerson sitting in their vehicle. The victim was in the back of the vehicle with Mr. Dickerson. Ms. Arredondo was in the driver's seat.

The victim eventually got out of the car and Mr. Arredondo noted she had poor balance. Mr. Arredondo assisted her, at which time Ms. Arredondo and Mr. Dickerson drove off, leaving the victim with Mr. Arredondo. He then transported the victim to the hospital. During the transport to the hospital, the victim admitted to entering the apartment of Ms. Arredondo and Mr. Dickerson and taking their money.

On May 19, 2017, Ms. Arredondo was charged with 1st degree kidnaping and 2nd degree assault. As a result, a warrant was issued. That same day, Ms. Arredondo reported to the U.S. Probation Office where she was arrested by law enforcement. Ms. Arredondo is currently being held in Spokane County Jail on the above-noted charges and bail is set at $500,000.

5    **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On March 11, 2016, supervision commenced in this matter. On March 15, 2016, a supervision intake was completed. Ms. Arredondo signed the conditions of probation and supervised released acknowledging an understanding of the conditions which includes standard condition number 9, noted above.

Ms. Arredondo violated the terms of her supervised release in Spokane, Washington, on or about May 17, 2017, by associating with known felons and/or individuals engaged in criminal activity. As noted in violation number 4 above, Ms. Arredondo was arrested for 1st degree kidnaping and 2nd degree assault. During the course of the offense conduct in this matter, Ms. Arredondo was with Jamar Dickerson and Sherard Henderson. Both individuals are convicted felons under federal supervision and were arrested in relation to the kidnaping and assault matter.

Mr. Dickerson is the father to Ms. Arredondo's children. Ms. Arredondo had permission to associate with Mr. Dickerson as he was not only her children's father, but also her employer. The victim of the kidnaping and assault,                    , does not appear to be a convicted felon; however, it was reported that she was under the influence of heroin on the date in question.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 22, 2017

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Arredondo, Ashley Britany
May 22, 2017
Page 3

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

May 23, 2017
Date